UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY WESTFALL and B.W, a minor,<br><br>              Plaintiffs,<br><br>    v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>             Defendants. | Case No.: 1:21-cv-00283-DAD-SKO<br><br>ORDER GRANTING APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFF B.W.<br><br>(Doc. 15) |

On November 3, 2021, Plaintiff Jeremy Westfall filed an application for appointment as guardian ad litem for his minor son, Plaintiff B.W. (Doc. 15.) Having considered the application and supporting declarations, the Court finds that good cause appears to appoint Plaintiff Jeremy Westfall as minor Plaintiff B.W.'s guardian ad litem pursuant to Federal Rule of Civil Procedure 17(c)(2). *See* E.D. Cal. Local Rule 202(a). Accordingly, IT IS HEREBY ORDERED that Plaintiff Jeremy Westfall is APPOINTED as the guardian ad litem for minor Plaintiff B.W.

IT IS SO ORDERED.

Dated: **November 4, 2021**          /s/ *Sheila K. Oberto*
                                                       UNITED STATES MAGISTRATE JUDGE