ROBERT R. POWELL, SBN: 159747
POWELL & ASSOCIATES
925 West Hedding Street
San Jose, California 95126
T: (408) 553-0201 F: (408) 553-0203
E: rpowell@rrpassociates.com

Attorney for Plaintiffs

BRADLEY J. SWINGLE, SBN: 171535
ARATA, SWINGLE, VAN EGMOND & HEITLINGER
A Professional Law Corporation
1207 I Street
Post Office Box 3287
Modesto, California, 95353
T: (209) 522-2211 F: (209) 522-2980
E: bswingle@arata-law.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY WESTFALL, et al. | Case No. 1:21-cv-00283-DAD-SKO |
| Plaintiffs, | STIPULATION TO FILE SECOND AMENDED COMPLAINT; ORDER |
| vs. | |
| COUNTY OF STANISLAUS, et al, | |
| Defendants. | |

Based on the following recitals and Stipulation of the parties related to said recitals, the parties hereto, by and by and through their counsel, do hereby agree and stipulate as set forth below, and respectfully request this Court order same:

//

1

## RECITALS

WHEREAS, on February 27, 2021, Plaintiffs filed their First Amended Complaint for Violation of Civil Rights ("FAC") in this Court. [Dkt. 7] Plaintiffs named a Defendant Jorge Contreras as a County of Stanislaus Social Worker Defendant therein.

WHEREAS, on June 10, 2021, a Waiver of the Service of Summons (AO 399) was filed for each of the individually named Defendants except Jorge Contreras. [Dkt. 8]

WHEREAS, on July 20, 2021, an answer was filed on behalf of Defendant County of Stanislaus and each of the individually named Defendants except Jorge Contreras. [Dkt. 10]

WHEREAS, on September 22, 2021, the Court continued the scheduling conference in this matter, indicating that all parties had not yet appeared and no proof of service of the FAC on Defendant Jorge Contreras. The Court requested a proof of service or status report be filed by November 15, 2021. [Dkt. 12]

WHEREAS, following further review and investigation, Plaintiffs have confirmed that Jorge Contreras is a misnomer. Plaintiffs intend to prosecute this case against Defendant Oscar Contreras.

WHEREAS, Defendants' counsel have confirmed that they will be representing Defendant Oscar Contreras in this matter.

WHEREAS, the parties have agreed the following in an effort to minimize cost and effort to all parties and the Court: service of Defendant Contreras shall be deemed at time of filing the Second Amended Complaint; the Answer previously filed at ECF No. 10 shall also apply to the Second Amended Complaint for all Defendants; and, no further answer is required.

## STIPULATION

1. The parties, by and through the signatories to this Stipulation as indicated below, do hereby stipulate and agree that Plaintiffs may file a Second Amended Complaint in this matter.

2

Stipulation To File 2nd Am. Complaint; Order
Westfall, et al. v. County of Stanislaus, et al.
Case No.  1:21-cv-00283-DAD-SKO

2. Changes found in Plaintiff's Second Amended Complaint shall be limited to the correction of all references to Defendant Jorge Contreras to Defendant Oscar Contreras.

3. Arata, Swingle, Van Egmond & Heitlinger will be the attorney of record for Defendant Oscar Contreras. Mr. Contreras shall be deemed served by the ECF filing of the Amended Complaint.

4. The Court shall issue an Amended Summons naming Defendant Oscar Contreras.

5. The Answer previously filed at ECF No. 10 shall also apply to the second amended complaint for all Defendants. No further answer is required.

**IT IS SO STIPULATED.**

  /S/  Bradley J. Swingle      11/15/21             /S/  Robert R. Powell      11/15/21
BRADLEY J. SWINGLE, ESQ.            ROBERT R. POWELL, ESQ.
ATTORNEY FOR DEFENDANTS           ATTORNEY FOR PLAINTIFF

**ORDER**

Pursuant to the foregoing stipulation of the parties (Doc. 17), and for good cause shown (*see* Fed. R. Civ. P. 15(a)(2)), IT IS HEREBY ORDERED that:

1. Plaintiffs may file a Second Amended Complaint in this matter;

2. Changes found in Plaintiff's Second Amended Complaint shall be limited to the correction of all references to Defendant Jorge Contreras to Defendant Oscar Contreras;

3. Arata, Swingle, Van Egmond & Heitlinger will be the attorney of record for Defendant Oscar Contreras. Mr. Contreras shall be deemed served by the ECF filing of the Amended Complaint;

4. The Court shall issue an Amended Summons naming Defendant Oscar Contreras; and

5. The Answer previously filed at Doc. 10 shall also apply to the second amended complaint for all Defendants.  No further answer is required.

IT IS SO ORDERED.

Dated:  **November 16, 2021**              /s/ *Sheila K. Oberto*

Stipulation To File 2nd Am. Complaint; Order
Westfall, et al. v. County of Stanislaus, et al.
Case No.  1:21-cv-00283-DAD-SKO

UNITED STATES MAGISTRATE JUDGE

4

Stipulation To File 2nd Am. Complaint; Order
Westfall, et al. v. County of Stanislaus, et al.
Case No. 1:21-cv-00283-DAD-SKO