UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY WESTFALL, et al., | No. 1:21-cv-00283-DAD-SKO |
| Plaintiffs, | New Case No. 1:21-cv-00283-DAD-EPG |
| v. | |
| COUNTY OF STANISLAUS, et al., | <u>ORDER RELATING AND REASSIGNING CASE</u> |
| Defendants. | |

A review of the complaint and docket in the above-captioned case reveals that it is related under this court's Local Rule 123(a) to the following related action pending before the undersigned: *Webb, et al. v. County of Stanislaus, et al.*, 1:19-cv-01716-DAD-EPG. The cases are related within the meaning of Local Rule 123(a) as both actions, while addressing separate events that occurred eight months apart, involve some of the same parties (plaintiff Jeremy Westfall and defendants County of Stanislas and Patricia Tout) and are based on similar claims involving the removal of one of plaintiff's children by the County of Stanislaus Community Services Agency. Accordingly, assignment of the above-captioned action to the undersigned and to Magistrate Judge Erica P. Grosjean will promote efficiency and economy for the court and the parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases. The local rules of this

1

district authorize the judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely to effect a savings of judicial effort. L.R. 123(c). Such good cause appearing here, the court orders that the above-captioned action be reassigned to the undersigned and Magistrate Judge Erica P. Grosjean. The documents in the above-captioned action shall bear the new case number above.

IT IS SO ORDERED.

Dated: __April 26, 2022__                                 /s/ Dale A. Drozd
                                                          UNITED STATES DISTRICT JUDGE