UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY WESTFALL, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF STANISLAUS, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:21-cv-00283-ADA-EPG<br><br>ORDER RE: JOINT STIPULATION TO AMEND SCHEDULING ORDER AND EXTEND DISCOVERY AND DISCLOSURE DATES<br><br>(ECF No. 43) |

　　　　On June 5, 2023, the parties filed a joint stipulation to modify the Court's Scheduling Order. (ECF No. 43). Pursuant to the stipulation of the parties (ECF No. 43), the Scheduling Order (ECF No. 32), is modified as follows:

　　　　1. Non-expert discovery to be completed by August 15, 2023;

　　　　2. Expert disclosures due on September 15, 2023;

　　　　3. Rebuttal expert disclosure due on October 30, 2023;

　　　　4. Expert discovery to be completed by November 27, 2023;

\\\

\\\

\\\

1

     5.  Dispositive motions filed by January 12, 2024.<sup>1</sup>

IT IS SO ORDERED.

Dated: **June 7, 2023**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

<sup>1</sup> The settlement conference currently set for July 19, 2023, before Chief Magistrate Judge Kendall J. Newman remains as previously set. (ECF No. 42).